## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12-cv-836-RJC-DSC

| | |
|---|---|
| CARRIE T. JOHNSON,        ) | |
|          ) | |
|       **PLAINTIFF,**   ) | |
|          ) | |
| **v.**          ) | **ORDER** |
|          ) | |
| **CAROLYN W. COLVIN,[1]**   ) | |
| **ACTING COMMISSIONER**   ) | |
| **OF SOCIAL SECURITY,**   ) | |
|          ) | |
|       **DEFENDANT.**   ) | |
| _____) | |

**THIS MATTER** comes before the Court on Plaintiff's Consent Motion for Voluntary

Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the Plaintiff. (Doc. 11.)

Based on the record before this Court, no objection by the Defendant, and for good cause

shown,

**IT IS ORDERED** that this matter is **DISMISSED** pursuant to Federal Rule of Civil

Procedure 41(a)(2) and that the November 17, 2011 decision by the Administrative Law Judge

shall be the final decision of the Commissioner.

Signed: May 6, 2013

Robert J. Conrad, Jr.
Chief United States District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to
continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
U.S.C. § 405(g).